Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Suzanne** First name  **Harris** Middle name  **Wyatt** Last name  _____ Suffix (Sr., Jr, II, III) | **Kenneth** First name  **Dane** Middle name  **Wyatt** Last name  _____ Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Susan** First name  **Harris** Middle name  **Wyatt** Last name  _____ Business name (if applicable)  _____ Business name (if applicable) | _____ First name  _____ Middle name  _____ Last name  _____ Business name (if applicable)  _____ Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **6 1 0 9** OR  **9**xx - xx - __ __ __ __ | xxx - xx - **6 9 5 2** OR  **9**xx - xx - __ __ __ __ |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Suzanne** | **Harris** | **Wyatt** | |
| Debtor 2 | **Kenneth** | **Dane** | **Wyatt** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
| **5. Where you live** | **500 E Junior High Road**<br>Number    Street<br><br>_____<br><br>**Gaffney, SC 29340-4422**<br>City            State   ZIP Code<br><br>**Cherokee**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City            State   ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State   ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City            State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408) |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Suzanne** | **Harris** | **Wyatt** | |
| Debtor 2 | **Kenneth** | **Dane** | **Wyatt** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ❏ Chapter 7
- ❏ Chapter 11
- ❏ Chapter 12
- ☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❏ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❏ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
❏ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ MM / DD / YYYY | _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
❏ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.  Go to line 12.

❏ Yes.  Has your landlord obtained an eviction judgment against you?

  ❏ No. Go to line 12.

  ❏ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Suzanne** | **Harris** | **Wyatt** | |
| Debtor 2 | **Kenneth** | **Dane** | **Wyatt** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____  _____  _____
City                       State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Suzanne** | **Harris** | **Wyatt** | |
|---|---|---|---|---|
| Debtor 2 | **Kenneth** | **Dane** | **Wyatt** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number    Street

_____
City    State    ZIP Code

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 5

| Debtor 1 | **Suzanne** | **Harris** | **Wyatt** | |
|---|---|---|---|---|
| Debtor 2 | **Kenneth** | **Dane** | **Wyatt** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

# Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Suzanne** | **Harris** | **Wyatt** | |
| Debtor 2 | **Kenneth** | **Dane** | **Wyatt** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49         ☐ 1,000-5,000     ☐ 25,001-50,000    ☐ 50,000-100,000    ☐ More than 100,000
☐ 50-99        ☐ 5,001-10,000
☐ 100-199      ☐ 10,001-25,000
☐ 200-999

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☑ $50,001-$100,000          ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million    ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million    ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Suzanne Harris Wyatt**                       X **/s/ Kenneth Dane Wyatt**
Suzanne Harris Wyatt, Debtor 1                        Kenneth Dane Wyatt, Debtor 2

Executed on **01/13/2025**                            Executed on **01/13/2025**
           MM/ DD/ YYYY                                          MM/ DD/ YYYY

| Debtor 1 | **Suzanne** | **Harris** | **Wyatt** | |
|---|---|---|---|---|
| Debtor 2 | **Kenneth** | **Dane** | **Wyatt** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Dana Wilkinson**          Date **01/13/2025**
Signature of Attorney for Debtor          MM / DD / YYYY

**Dana Wilkinson**
Printed name

**Wilkinson Law Firm**
Firm name

**269 S Church St Ste 210A**
Number      Street

**Wilkinson Law Firm**

**Spartanburg**                              **SC**    **29306**
City                                         State   ZIP Code

Contact phone **(864) 574-7944**      Email address **danawilkinson@danawilkinsonlaw.com**

**4663**                                     **SC**
Bar number                                   State

---

Official Form 101              **Voluntary Petition for Individuals Filing for Bankruptcy**              page 8

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

**In re**   Wyatt, Suzanne Harris

Wyatt, Kenneth Dane                                     Case No. _____

**Debtor**                                              Chapter _____**13**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. **$4,300.00**

   Prior to the filing of this statement I have received ...................................................... **$2,000.00**

   Balance Due ................................................................................................................... **$2,300.00**

2. The source of the compensation paid to me was:

   ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor         ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/13/2025** | **/s/ Dana Wilkinson** |
|---|---|
| *Date* | Dana Wilkinson |
| | *Signature of Attorney* |

Bar Number: 4663
Wilkinson Law Firm
Wilkinson Law Firm
269 S Church St Ste 210A
Spartanburg, SC 29306
Phone: (864) 574-7944

**Wilkinson Law Firm**
*Name of law firm*

Page 2 of 2

Provided to client on __8/13/24__

# CONTRACT TO EMPLOY ATTORNEY

Däna Wilkinson, Attorney at Law, [the attorney] has agreed to perform, and the Client[1] whose signature appears below, has agreed to accept, legal services necessary for the initiation and completion of a Chapter _13_ bankruptcy proceeding in the United States Bankruptcy Court for the District of South Carolina, on the following terms only:

### Fees and Costs

1.1 The following fees and costs will apply in your case:
   Attorney fee: $ _2,000_
   Court costs: $ _313_
   Total retainer: $ _2,313_    (Payable in full before your case can be filed)
   Balance payable as follows: _$2,300 to be paid through Chapter 13 Plan_

1.2 The fees quoted above cover the following services: preparing paperwork necessary to file the bankruptcy case; attendance at 341 meeting; attending one examination pursuant to Rule 2004; preparing and filing Chapter 13 Plan, if applicable; counseling client on the effect of discharge and the advisability of various options to retain collateral; and attendance at confirmation hearing in Chapter 13 cases. **In many cases, additional fees in Chapter 13 cases ONLY may be paid by submitting a request to the Chapter 13 Trustee. It is my/our understanding that such procedure will be followed where feasible.**

1.3 Non-refundability of retainer. The attorney has quoted an initial retainer to you and requires that you pay the retainer as well as the Bankruptcy Court filing fee quoted above before your petition is filed. Client understands and agrees that this is **a non-refundable retainer** that is based on an estimate of what it will take to get started with your case, and is not refundable if you decide not to file the case or complete a Chapter 13 bankruptcy case. Once the attorney has begun working on your case, you may request a refund, but **at a minimum,** payment of the attorney's normal hourly rate (currently $450.00 per hour) for the work already performed may be deducted from your retainer, up to the full amount of the retainer.

1.4 The fees quoted above assume that the client will provide all the information necessary to file the case with the Bankruptcy Court. An additional fee of $900 will be required prior to the filing of the case if the client does not provide addresses for all creditors listed in the petition.

1.5 The fees quoted above and the attorney's consent to the representation are based on the assumption that the client will pay the retainer and return the required paperwork to the attorney within six

---

[1] "Client," as used herein, shall refer to both singular and plural signatories to this agreement.

Law Office of Däna Wilkinson

Revised 8/5/2024

1.6 months of the initial consultation, unless a different time frame is noted at the time of that consultation. The client understands that the attorney's advice is based on circumstances in existence at the time of the initial consultation and can change with the passage of time. The client further understands that the attorney's commitment to the representation is based on the attorney's case load in existence at that time. In the event that delays occur, the attorney may, within her discretion, continue the representation on the original terms, but reserves the right to change the terms if circumstances change, or refer the client to another attorney if necessary to maintain a feasible workload.

1.7 The fees quoted above do not cover the services listed below. Additional fees at the attorney's current rates will be charged for these additional services. The fees listed below are current fees for the services named and are subject to change.
- Contested matters, such as motions to avoid judicial liens, motions to lift stay, motions to dismiss, and the like, including those matters initiated by client: Hourly rates, with a minimum of $500.
- Adversary proceedings, such as complaints to deny discharge or determine dischargeability, including any such matters initiated by client: Hourly rates, with a retainer to be paid prior to undertaking any defense or other action. Amount of retainer will be set by attorney but will be a minimum of $4,000.
- Counseling client with regard to and approving any reaffirmation agreement: $300.00 per agreement. If approval of reaffirmation agreement requires attending a hearing on the matter, a total fee of $450 will be charged.
- Amendments to Schedules after filing: $250.00 (PLUS $30 filing fee to court).
- Re-drafting schedules and statements prior to filing case as a result of delay, change in circumstance, or failure to provide pertinent information or documentation: Hourly rates, with a minimum of $300.
- Conversion of the existing bankruptcy case to another chapter of the Bankruptcy Code. In the event of such conversion, the attorney will set such additional fee commensurate with the relevant chapter at the time of conversion.
- Additional charges may be incurred in your case for the services set out on the attached addendum, which is incorporated by reference and made a part hereof. These services are not required in every case, and accordingly are not included in your base fee calculation.

1.8 The attorney shall have a lien as to Client's proceeds or funds held by the bankruptcy trustee or estate for payment of attorney fees and costs as charged herein. In the event Client desires to convert the case from a Chapter 13 to a Chapter 7, to the extent that there are outstanding fees due to the attorney, or incurred for further services, the attorney shall have the right to payment from the trustee or estate as to unapplied or undistributed funds to which the Client may otherwise be entitled.

<u>Forms Of Payment</u>

1.9 Your legal fees and court costs must be paid in full prior to work being performed on your case and may be satisfied with any of the following payment options:

a) By the application of funds held in the firm's trust account for prepayment of fees, which the firm shall be entitled to transfer upon invoicing.

*Law Office of Dana Wilkinson*

b) By paying by paper check or ACH (automated deduction from client's designated checking account).
c) By the use of a **debit** card in person or by accessing the firm's payment page, provided that client understands that by clicking "Enter Payment" the client agrees to pay the entire payment amount for the bill selected, and authorizes the firm to charge the client's designated payment method for the payment amount. Link to payment page: https://secure.lawpay.com/pages/danawilkinsonlaw/operating. **Please initial your authorization and agreement:** KDW · SHW

d) By paying in cash at the offices of the firm, at which time a written receipt will be generated for you.

### Promise To Pay Provision

1.10 Once services are engaged, the client recognizes that they are contractually bound to the lawyer for their entire fee. All fees paid are nonrefundable and must be paid in full. It is further understood and agreed that if client or any third party paying professional fees for client pays such fees through the use of a debit card, credit card, or other electronic means, such payments cannot be revoked or reversed in any manner by the client.
Client initials: KDW · SHW

### Use Of Authorized Third-Party Credit Card

1.11 Should client desire to pay client's attorney fees and expense through a credit card provided by a friend or family member, the authorized cardholder shall be required to sign an authorization form. Please contact the office for an authorization form. Client understands that cardholder authorizing payment is not automatically entitled to any confidential communications without additional authorizations by client. Any disclosure must be subject to review by firm to protect client's right to expect full confidentiality.

### Scope of Representation.

2.1 Däna Wilkinson will appear in the United States Bankruptcy Court for the District of South Carolina only. This term of the contract can only be altered by written consent of both parties in an addendum to this contract. In no way shall the attorney be required to pursue any claims the client may have in any other court, nor shall she be required to defend any such claims.
2.2 The attorney is hired for the sole purpose of representing the party or parties designated below. This representation shall in no way be interpreted to extend to any stockholders of the client, any relative of the client (including non-filing spouses), any partner or joint-venturer of the client, or any guarantor of debt of the client. This term of the contract can only be altered by written consent of both parties in an addendum to this contract.
2.3 Once your Chapter _13_ bankruptcy case is dismissed, discharged or otherwise closed, this Contract to Employ shall be terminated and no additional services shall be required of the attorney on your behalf. If an inquiry is made after the case is closed, this office may, at its sole discretion, bill you for those services

*Law Office of Däna Wilkinson*

based on our normal hourly fees. **Additional fees will also be incurred for requests for copies of documents from your file once your case is closed.**

### Cooperation

3.1 Client agrees to timely return phone calls and respond to emails or other correspondence promptly. Client agrees, but for emergencies, to advise of the need to reschedule appointments no less than 24 hours before the appointment. Client agrees to timely provide requested documents to avoid repeated delays in a pending case. Failure to cooperate with the attorney, at the sole discretion of the attorney, will result in termination of this agreement, and if there is a pending court proceeding, a motion to withdraw.

3.2 Client agrees to cooperate, to provide information, to consider sound legal advice, and/or to respond to inquiries in a timely manner for the purpose of making this bankruptcy proceeding successful. It is understood that the client's full disclosure of all relevant information and cooperation with the attorney is necessary in order that the attorney may adequately represent the client. It is also understood that any failure to cooperate or to reveal *all* material information can seriously jeopardize the representation.

3.3 Client agrees to retain all papers which pertain to the bankruptcy readily available and will review each document received in the mail or by email, sent by the attorney or by the Court. If Client does not understand any papers which the attorney, the Office of the U.S. Trustee or the Bankruptcy Court sends to client, client will call the attorney and ask for help in the matter.

### Communication

4.1 Client understands by signing this agreement that communication with the attorney is absolutely necessary for the success of this proceeding. Likewise, the attorney and staff will be available to communicate with you. The attorney's office hours are generally 9:00 a.m. to 4:30 p.m. Monday through Thursday. **The office is closed on Friday.** However, as this is a small office, these hours can vary from time to time, and the attorney may have to close the office when attending court, depositions, or other functions outside the office. Therefore, when telephoning, the client agrees to leave a message, including a number where the client can be reached. The client understands that phone calls are returned on a priority basis. The client further understands that all clients are seen *only by appointment with no exceptions*.

I hereby certify that I have read each paragraph of this agreement and have read the attached written addenda consisting of 1 additional sheets, and that I agree to the terms of representation set out herein. This is the only agreement between the parties, all previous agreements are hereby terminated. The terms of this agreement can be altered only in writing signed by both parties.

_Kenneth D Wyatt_ Date: 8-19-24
Client

_Suzanne H Wyatt_ Date: 8-19-24
Client

_____
Dana Wilkinson

*Law Office of Däna Wilkinson*

## Addendum to Retainer Agreement

In addition to the base fee quote that you have been given, additional fees may be incurred in your case. Because such fees are not necessarily incurred in every case, but are charged only as needed, these matters have not been calculated in the retainer that was quoted. This list is provided for your information and may not be an exhaustive list of all matters which may come up on a case by case basis. Enhanced fees may be necessary depending on circumstances.

In Chapter 7 cases:

- Contested matters, such as motions to avoid judicial liens, motions to lift stay, motions to dismiss, and the like, including those matters initiated by client: Hourly rates, with a minimum of $500.
- Adversary proceedings, such as complaints to deny discharge or determine dischargeability, whether such matters are initiated by client or by third parties: Hourly rates, with a retainer to be paid prior to undertaking any defense or other action. Amount of retainer will be set by attorney, but will be a minimum of $4,000.
- Counseling client with regard to and/or obtaining court approval of any reaffirmation agreement: $300 per agreement. If approval of reaffirmation agreement requires attending a hearing on the matter, a total fee of $450 will be charged.
- Amendments to schedules after filing: $250, plus court filing fee if applicable.
- Re-drafting schedules and statements prior to filing case as a result of delay, change in circumstance, or failure to provide pertinent information or documentation: Hourly rates, with a minimum of $400.

In Chapter 13 cases:

- Correspondence to client (misc): $150
- Correspondence & chart to debtor on trustee's petition to dismiss: $450
- Failure to attend Meeting of Creditors: $550
- Motion for Moratorium: $500
- Objection to Petition to Dismiss: $500
- Objection to Petition to Dismiss necessitating hearing: $600
- Defend Motion to Dismiss by creditor: $500
- Motion to incur debt: $575
- Motion to sell property: $575
- Motion to substitute collateral: $650
- Motion to modify plan to conduit plan: $650
- Motion to modify plan post-confirmation: $500
- Motion to modify plan post-confirmation requiring amended I/J: $650
- Prevention of §362 motion or negotiation of settlement on motion: $500
- Response to §362 motion without court appearance: $600
- Response to §362 motion requiring court appearance: $700
- Motion to reinstate stay or for resumption of payments: $500
- Amendment to schedules (NOT including applicable filing fee): $250
- Other matters as required hourly at $450 per hour

**In many cases, additional fees in Chapter 13 cases only may be paid by submitting a request to the Chapter 13 Trustee. It is my/our understanding that such procedure will be followed where feasible.**

_KDW_ _SHW_ (please initial)

Law Office of Dana Wilkinson

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

IN RE: **Wyatt, Suzanne Harris**                                                                CASE NO
       **Wyatt, Kenneth Dane**

                                                                                                                                    CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **01/13/2025**       Signature                    **/s/ Suzanne Harris Wyatt**
                                                                                             Suzanne Harris Wyatt, Debtor

Date    **01/13/2025**       Signature                    **/s/ Kenneth Dane Wyatt**
                                                                                             Kenneth Dane Wyatt, Joint Debtor

AMBER WYATT
500 E JUNIOR HIGH RD
GAFFNEY SC 29340


BEST BUY NPRTO
7527
256 DATA DRIVE
DRAPER UT 84020


CABELLAS CAPITAL ONE
8929
PO BOX 31293
SALT LAKE CITY UT 84131


CAPITAL ONE
8428
PO BOX 31293
SALT LAKE CITY UT 84131


CASHNET USA
0819
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604


CREDIT ONE BANK
4648
PO BOX 98873
LAS VEGAS NV 891958872


CREDITNINJA
9699
27 N WACKER AVE SUITE 404
CHICAGO IL 60606


INTEGRA CREDIT
8097
102 S LASALLE ST STE 1600
CHICAGO IL 60603

IRS
6952
STOP5000
PO BOX 219236
KANSAS CITY MO 641219236

KIMBRELLS FURNITURE
5628
PO BOX 939
GAFFNEY SC 29342

MTC CREDIT UNION
5711
517C MICHELIN ROAD
GREENVILLE SC 29605

MTC FCU
0002
PO BOX 1944
GREENVILLE SC 29602

ONE MAIN
5372
1230 E DIXON BLVD UNIT 11
SHELBY NC 28152

PROGRESSIVE INSURANCE
MBER
300 N COMMONS BLVD
CLEVELAND OH 44143

RNR TIRE EXPRESS
MBER
1280 ASHEVILLE HWY
SPARTANBURG SC 29303

SC DEPARTMENT OF REVENUE
PO BOX 125
COLUMBIA SC 29214

SPARTANBURG REGIONAL
HEALTHCARE SYSTEM
7100
101 EAST WOOD STREET
SPARTANBURG SC 293033040

TORRID
nown
PO BOX 182789
COLUMBUS OH 43218

WILKINSON LAW FIRM
WILKINSON LAW FIRM
269 S CHURCH ST STE 210A
SPARTANBURG SC 29306